James Taylor-Copeland (284743)
james@taylorcopelandlaw.com
Max Ambrose (320964)
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: 619-734-8770
Facsimilie: 619-566-4341

*Counsel for Plaintiff  Mitchell Port*

**APPROVED**
Judge Yvonne Gonzalez Rogers
April 26, 2023

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL PORT, an individual<br><br>                    Plaintiff,<br><br>           v.<br><br>DOES 1-20<br><br>                    Defendants. | Case No. 4:22-cv-03377-YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Courtroom 1 – 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers |

1
**NOTICE OF VOLUNATRY DISMISSAL WITHOUT PREJUDICE**

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Mitchell Port ("Plaintiff"), by and through his counsel, voluntarily dismisses without prejudice the above-captioned action (the "Action").[1]  This notice of dismissal is being filed with the Court before service by defendant of either an answer or a motion for summary judgment.

/s/ *Max Ambrose*

James Taylor-Copeland (284743)
Max Ambrose (320964)
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: 619-734-8770
Facsimilie: 619-566-4341
james@taylorcopelandlaw.com
maxambrose@taylorcopelandlaw.com

*Counsel for Plaintiff Mitchell Port*

---

[1] This voluntary dismissal shall not prejudice Plaintiff's right, and Plaintiff herby expressly reserves his right, to refile this Action against Doe Defendants in the future.